TOWN OF MAMARONECK and Another, Appellants, v. VILLAGE OF MAMARONECK and Others, Appellants, and NEW YORK INTERURBAN WATER COMPANY and Another, Respondents.— Motion denied, without costs. Thirty days stay to apply to the Court of Appeals. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent. (3 cases.) — Motions denied on condition that appellant perfect the appeal for the second Monday of the December term (for which day this case is set down), and be ready for argument when reached; otherwise, motions granted, with ten dollars costs each. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ADELINE WIDMAYER, Respondent, v. ARTHUR G. HUMPHRIES, Appellant.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

BROOKLYN BEADING AND NOVELTY COMPANY, Respondent, v. DOMONICH LA VALLE and Others, Copartners, etc., Appellants.— Judgment and order reversed, with costs of this appeal to the appellants, on the ground that the sale and due delivery of the four pieces of merchandise in issue was not established; that objection to receipt of the October shipment was properly and seasonably taken, and that the answer adequately raised such defense. Plaintiff should have judgment on the other causes of action, with interest up to February 3, 1921, the date of the offer of judgment. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur. Settle order before Mr. Justice Putnam.

CITY OF NEW ROCHELLE, on Complaint of THOMAS KIERNAN, Appellant, v. WILLIAM GRACE, Respondent.— Order of the County Court of Westchester county reversed, and the judgment of conviction by the City Court of New Rochelle affirmed, upon the ground that the dense smoke ordinance in question was constitutional and valid.* Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

THE CITY OF NEW YORK, Appellant, v. ALRICK H. MAN, Respondent.— Appeal dismissed, without costs. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

GEORGE W. COUGLE, Appellant, v. MAURICE O'KEEFE, as Commissioner of Public Safety of the City of Yonkers, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

KENNETH CRONK, an Infant, by CATHERINE CRONK, His Guardian ad Litem, Respondent, v. THE CITY OF POUGHKEEPSIE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

---

* See New Rochelle General Ordinances, chap. 28, § 320, as added Oct. 8. 1919; Id. chap. 29, § 322.— [REP.